# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|   |   |
|---|---|
| **NEWCAP INSURANCE COMPANY LIMITED,**  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)  No. 07-2029-CM<br>)<br>**EMPLOYERS MUTUAL REINSURANCE CORPORATION,**  )<br>)<br>Defendant.  )<br>) | |

## MEMORANDUM AND ORDER

This case is before the court on plaintiff's Unopposed Motion for an Extension of Time to File Stipulation re Dismissal or in the alternative Motion to Administratively Reopen the Matter to Obtain a Final Determination of the Litigation (Doc. 40). The court has reviewed the motion. Based on representations in the motion, the court finds that the requested extension of time is appropriate.

**IT IS THEREFORE ORDERED** that plaintiff's Unopposed Motion for an Extension of Time to File Stipulation re Dismissal or in the alternative Motion to Administratively Reopen the Matter to Obtain a Final Determination of the Litigation (Doc. 40) is granted.

**IT IS FURTHER ORDERED** that the deadline to file the stipulation is March 27, 2008.

Dated this 18th day of March 2007, at Kansas City, Kansas.

                                                                              **s/ Carlos Murguia**
                                                                              **CARLOS MURGUIA**
                                                                              **United States District Judge**